**DISMISS; and Opinion Filed September 20, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00941-CV

### CRITTER CONTROL, INC. AND KEVIN CLARK, Appellants
### V.
### GALT STRATEGIES, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05281**

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Schenck
Opinion by Justice Schenck

Stating they have settled their dispute, the parties move to dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

170941F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRITTER CONTROL, INC. AND KEVIN
CLARK, Appellants

No. 05-17-00941-CV     V.

GALT STRATEGIES, LLC, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-05281.
Opinion delivered by Justice Schenck.
Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** appellee Galt Strategies, LLC recover its costs, if any, of this appeal from appellants Critter Control, Inc. and Keven Clark.

Judgment entered this 20th day of September, 2017.